UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 7137**

LISA DAWN APARTMENTS INC.

            Plaintiff,

-against-

TRAVELERS EXCESS AND SURPLUS LINES COMPANY

            Defendant.

___ CV ___

**CORPORATE DISCLOSURE STATEMENT**

Defendant Travelers Excess and Surplus Lines Company hereby certifies, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is a wholly-owned subsidiary of Travelers Casualty and Surety Company, which is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers Companies, Inc., a publicly traded company.

Dated: New York, New York
       August 10, 2007

LAZARE POTTER GIACOVAS
& KRANJAC LLP

By: _____
    Stephen M. Lazare (SL-2243)
    Andrew M. Premisler (AP-0811)
950 Third Avenue
New York, New York 10022
(212) 758-9300
apremisler@LPGK.com
slazare@LPGK.com
Attorneys for Defendant Travelers Excess and Surplus Lines Company

1