# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0919
www.lpgk.com

WRITER'S EMAIL
apremisler@LPGK.com

WRITER'S DIRECT DIAL
(212) 784-3292

AUG 15 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

August 10, 2007

**MEMO ENDORSE.**

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: *Lisa Dawn Apartments Inc. v. Travelers Excess and Surplus Lines Company*
United States District Court for the Southern District of New York
Case No.: 07 Civ. 7137
LPGK File No.: 340-709

Dear Judge Robinson:

This firm represents the Defendant Travelers Excess and Surplus Lines Company ("Travelers") in the above referenced matter. Upon our request, Plaintiff has kindly agreed to extend Travelers' time to respond to the complaint herein from August 17, 2007 to September 10, 2007. Thus, Travelers hereby respectfully requests that Your Honor "so order" this letter extending its time to respond to the complaint herein. There have been no prior requests made for such an adjournment.

Thank you for your attention to this matter.

Very truly yours,

Andrew M. Premisler

So Ordered:  *Stephen C Robinson*
8/16/07

cc: Jonathan D. Abraham, Esq.
    Abraham, Lerner & Arnold, LLP
    292 Madison Avenue, 22nd Floor
    New York, New York 1001


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED