# LAZARE POTTER GIACOVAS & KRANJAC LLP

Attorneys at Law
950 Third Avenue • New York, New York 10022
Telephone (212) 758-9300 • Facsimile (212) 888-0119
www.lpgk.com

WRITER'S EMAIL
apremisler@LPGK.com

WRITER'S DIRECT DIAL
(212) 784-3292

September 7, 2007

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601

**MEMO ENDO**

Re:    *Lisa Dawn Apartments Inc. v. Travelers Excess and Surplus Lines Company*
        United States District Court for the Southern District of New York
        Case No.: 07 Civ. 7137
        LPGK File No.: 340-709

Dear Judge Robinson:

This firm represents the Defendant Travelers Excess and Surplus Lines Company ("Travelers") in the above referenced matter. Upon our request, Plaintiff has kindly agreed to extend Travelers' time to respond to the complaint herein from September 10, 2007 to September 24, 2007. Thus, Travelers hereby respectfully requests that Your Honor "so order" this letter extending its time to respond to the complaint herein. There has been one prior request made for such an adjournment.

Thank you for your attention to this matter.

Very truly yours,

Andrew H. Premisler

So Ordered:  *Stephen C Robinson*
              9/10/07

cc: James O'Connor, Esq. (*via* facsimile)
    Abraham, Lerner & Arnold, LLP
    292 Madison Avenue, 22nd Floor
    New York, New York 1001