UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA DAWN APARTMENTS INC.

          Plaintiff,

-against-

TRAVELERS EXCESS AND SURPLUS LINES
COMPANY

          Defendant.

07 CV 7137 (CLB)

STIPULATION OF DISCONTINUACNE & order

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled party action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs or disbursements to any party against any other.

Dated: New York, New York
February 21, 2008

ABRAHAM, LERNER & ARNOLD, LLP

By: _____
Jonathan D. Abraham, Esq. (JA-4317)
292 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 686-4655
jabraham@abrahamlernorarnold.com
Attorneys for Plaintiff
Lisa Dawn Apartments Inc.

LAZARE POTTER GIACOVAS & KRANJAC LLP

By: _____
Andrew M. Premisler, Esq. (AP-0811)
950 Third Avenue
New York, New York 10022
(212) 758-9300
apremisler@LPGK.com
Attorneys for Defendant Travelers Excess
and Surplus Lines Company

So Ordered: February 28, 2008

_____
Charles Briant
USDJ